UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER GOMES FONTES,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 03-10137-PBS<br>) (related to C.A. 09-11349-PBS)<br>)<br>)<br>) |

**DENIAL OF**
**CERTIFICATE OF APPEALABILITY**

April 27, 2010

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2255, I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

                                    /s/ Patti B. Saris
                                    PATTI B. SARIS
                                    United States District Judge