Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Peter Fontes   **Case Number:** 03-10137

**Name of Sentencing Judicial Officer:** Honorable Patti B. Saris, Chief U.S. District Judge

**Date of Original Sentence:** 8/14/04

**Original Offense:** 1 count – Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base in violation of Title 21 USC 846; 1 count - Possession with Intent to Distribute and Distribution of Cocaine Base in violation of Title 21 USC 841(a)(1)

**Original Sentence:** 126 months custody followed by 60 months supervised release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** October 30, 2015

**Date Re-commenced Supervision:** August 2, 2018

## NON-COMPLIANCE SUMMARY

**Violation Number**    **Nature of Noncompliance**

I   **Violation of Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

   A. On 8/2/18, the defendant submitted a urine specimen that returned positive for marijuana. The defendant admitted to using marijuana prior to this test.

   B. On 1/7/19, the defendant submitted a urine specimen that returned positive for marijuana. The defendant admitted to using marijuana prior to this test.

   C. On 2/11/19, the defendant submitted a urine specimen that returned positive for marijuana. The defendant admitted to using marijuana prior to this test.

   D. On 3/18/19, the defendant submitted a urine specimen that returned positive for marijuana. The defendant admitted to using marijuana prior to this test.

## U.S. Probation Officer Action:

As Your Honor is aware, in November of 2002, Title 18 USC §§ 3565(b) and 3583(g) were amended calling for mandatory revocation of supervised release for testing positive for illegal use of controlled substances more than three times over the course of one year. If this case were to be brought before the Court, respectfully the probation office would recommend that Your Honor not revoke his current term of supervision because the defendant has acknowledged that he is using marijuana to reduce stressors and has expressed an interest in working with his counselor at Gosnold Treatment Center on weekly basis to find prosocial alternatives to managing the stress in his life. As such, we would respectfully request that the Court invoke the treatment exemption pursuant to Title 18 U.S.C. § 3583(d), to afford him the opportunity to continue working with his

clinician.
Should Your Honor agree with this recommendation, please indicate below or direct otherwise.

Reviewed/Approved by:                                    Respectfully submitted,

*/s/ Basil F Cronin*                                     */s/ Nicole   Monteiro*
Basil F Cronin                                           by  Nicole   Monteiro
Supervision U.S. Probation Officer                       U.S. Probation Officer
                                                         Date:  3/18/2019

*No Response is necessary unless the court directs that additional action be taken as follows:*

[  ]  Approved as requested by probation
[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

_____
Chief Judge Patti B. Saris

_____
Date