UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 03-CR-10137 |
| PETER FONTES | ) ) ) | |

**MOTION TO WITHDRAW AND FOR THE APPOINTMENT OF SUBSTITUTE COUNSEL**

Samir Zaganjori, counsel for the defendant, Peter Fontes, moves for leave to withdraw pursuant to Local Rule 83.5.2(c). Counsel further requests that this Court appoint substitute counsel for the defendant pursuant to the Criminal Justice Act. As ground for this request, counsel states the following:

1. Undersigned counsel was appointed to represent the defendant on June 27, 2016 in connection with an alleged violation of supervised release.

2. On July 14, 2016, the defendant stipulated to several violations and was sentenced to a term of 24-months incarceration.

3. The defendant filed a notice of appeal on July 28, 2016. Undersigned counsel was permitted to withdraw in the First Circuit Court of Appeals on August 24, 2016. The First Circuit subsequently appointed Attorney Virginia Villa to represent the defendant in connection with his appeal. (See Case No. 16-1985).

4. On January 2, 2019, undersigned counsel began employment as an Assistant District Attorney with the Middlesex County District Attorney's Office. Accordingly, counsel has closed his law practice. *See* M.G.L.c. 12, s. 15 (barring District Attorneys from "engaging in the practice of law.").

2

5.      On June 19, 2019, undersigned counsel received notice that the Probation Department was petitioning the Court to issue a summons to the defendant for alleged noncompliance with his conditions of supervised release.

Accordingly, Counsel moves for leave to withdraw and further requests that this Court appoint successor counsel to represent the defendant.

Counsel for the defendant,

/s/ Samir Zaganjori
Samir Zaganjori
B.B.O. # 663917

Dated: June 19, 2019

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

/s/ Samir Zaganjori
Samir Zaganjori

Dated: June 19, 2019